# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

138141

PONTIAC FOOD CENTER,
        Petitioner-Appellant,

v

DEPARTMENT OF COMMUNITY HEALTH,
        Respondent-Appellee.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138141
COA: 277281
Oakland CC: 06-076766-AA

_____/

On order of the Court, the application for leave to appeal the October 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

s0615

Clerk